UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAMELA KOEHN, ) | CASE NO.: |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | COMPLAINT |
| INDIANA DEPARTMENT ) | |
| OF TRANSPORTATION ) | |
| Defendant. ) | JURY TRIAL DEMAND |
| ) | |

## COMPLAINT

Comes now the Plaintiff, Pamela Koehn, by counsel Michelle Bazin-Johnson and Shaw R. Friedman of Friedman & Associates, P.C., and states her cause of action against Defendant, Indiana Department of Transportation, as follows:

### PARTIES

1.   The Plaintiff, Pamela Koehn, at all times relevant to this cause of action was a resident of the County of LaPorte, State of Indiana.

2.   The Defendant, Indiana Department of Transportation., is a Government entity which maintains offices and conducts business in the Northern District of Indiana located at 315 East Boyd Boulevard, LaPorte, IN 46350.

3.   At all times relevant to this Complaint, the Defendant, Indiana Department of Transportation, is and was an "employer" under the American with Disabilities Act of 1990 ("ADA"), 42 U.S.C.§12111, *et seq.*

### JURISDICTION AND VENUE

4.   This Court's jurisdiction is involved pursuant to Section 12111, et seq. of Title 42 of the United States Code. The Court has jurisdiction of the subject matter of the action and parties hereto. The Complaint alleges claims of employment

1

discrimination in violation of the American with Disabilities Act of 1990. The wrongful acts alleged in the Complaint occurred within the Northern District of Indiana.

## STATEMENT OF CLAIMS

### COUNT I

### DISCRIMINATION IN VIOLATION OF THE ADA

5. More than 30 days prior to the institution of this lawsuit, Plaintiff Pamela Koehn filed a charge with the Equal Employment Opportunity Commission alleging violations of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq. by Defendant employer, Indiana Department of Transportation. All conditions precedent to the institution of this lawsuit has been fulfilled.

6. Plaintiff Pamela Koehn was an employee of Defendant, Indiana Department of Transportation from on or about December 14, 2003 to on or about December 12, 2008 as a Lab Technician/Highway Technician 2.

7. Plaintiff Pamela Koehn timely filed a charge of discrimination on or about March 9, 2009 with the Equal Employment Opportunity Commission, charge number 470-2009-01747, a copy of which is attached hereto, made part hereof, and incorporated herein as Exhibit "A."

8. The U.S. Department of Justice, Civil Rights Division issued a "Notice of Right to Sue on February 22, 2010, a copy of which is attached hereto, made part hereof, and incorporated herein as Exhibit "B"; this Complaint has been filed with 90 days after receipt thereof.

9. Plaintiff Pamela Koehn alleges that her federally protected civil rights under Title I of the American with Disabilities Act of 1990 were interfered with

2

because of the intentional, malicious, reckless and retaliatory acts of Defendant Indiana Department of Transportation.

10. Plaintiff Pamela Koehn was diagnosed with sleep apnea, hypertension and hypothroidism by her physician and he recommended that she relinquish her commercial driver's license due to her disability.

11. Although there were other jobs that Plaintiff could have performed that did not require Plaintiff to hold a commercial driver's license, the Defendant denied Plaintiff reasonable accommodation of allowing her the opportunity to continue her employment.

12. Defendant has allowed other employees who were required to maintain a valid commercial driver's license yet did not maintain said licenses to remain employed with the Indiana Department of Transportation. Exhibit C, INDOT, LaPorte District Organizational Map,[1] attached hereto, made part hereof, and incorporated herein

13. The Defendant terminated the Plaintiff on or about December 12, 2008, on the grounds that she did not fulfill the requirements of her position in that she did not fulfill the requirements to maintain her commercial driver's license.

14. Plaintiff's commercial driver's license did not expire until

15. That as a result of Defendant's breach of Plaintiff's civil rights, Plaintiff has suffered the loss of her employment, lost wages, emotional pain and suffering, mental anguish and defamation of her character and reputation.

**PRAYER FOR RELIEF**

Wherefore, the Plaintiff Pamela Koehn respectfully requests that this Court:

1. For compensatory damages and back pay according to proof;

---

[1] If this exhibit is not in color, the exhibit shows that Travis Skidmore is required to hold a CDL and has been given an exemption and maintains employment. Plaintiff also contends that Nancy Laskowski does not operate a snow plow.

2. For punitive damages in an amount not less than $150,000.

3. For future lost wages, front pay, in an amount according to proof;

4. Interest on back pay;

5. Reasonable attorney's fees, including expert witness fees.

6. For the costs of her suit incurred herein.

7. For all other relief deemed just and proper in the premises.

Respectfully Submitted,
FRIEDMAN & ASSOCIATES, P.C.

_____
Michelle Bazin-Johnson #27021-64
Shaw R. Friedman #8482-46
705 Lincolnway
LaPorte, IN 46350
(219) 326-1264
Attorney for Plaintiff

## JURY TRIAL DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and 42 U.S.C. § 1983a(c), the Plaintiff requests trial by jury as to all issues herein.

Respectfully Submitted,
FRIEDMAN & ASSOCIATES, P.C.

_____
Michelle Bazin-Johnson #27021-64
Shaw R. Friedman #8482-46
705 Lincolnway
LaPorte, IN 46350
(219) 326-1264
Attorney for Plaintiff

4

## Certificate of Service

I hereby certify that on this 19th day of May, 2010, I did cause a true and accurate copy of the foregoing pleadings to be served on the following parties of record by first-class mail, postage thereon prepaid, as follows, to-wit:

Indiana Department of Transportation
100 N. Senate Avenue
Room IGCN 758
Attn: Mark Ahern
Indianapolis, IN 46204

Indiana Attorney General
302 W. Washington Street
IGCS 5th Floor
Indianapolis, IN 46204


_____
Michelle Bazin-Johnson #27021-64
Attorney for Plaintiff