UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PAMELA KOEHN, ) | |
| Plaintiff, ) | |
| ) | CASE NO.: 3:10-cv-~~00210~~ 00201 |
| vs. ) | |
| ) | |
| INDIANA DEPARTMENT ) | |
| OF TRANSPORTATION ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Comes now the Plaintiff, PAMELA KOEHN, by counsel Michelle Bazin-Johnson of Friedman & Associates, P.C. and Defendant, INDIANA DEPARTMENT OF TRANSPORTATION, by counsel Indiana Attorney General by Gregory F. Zoeller, Indiana Attorney General and Aaron Raff, Deputy Attorney General, and, pursuant to FRCP 41(a)(1)(A)(ii), stipulate to the dismissal of all claims in this cause with prejudice, for the reason that this cause of action has been fully compromised and settled, with all parties to bear their own costs and attorney fees.

Respectfully Submitted,

_____
Michelle Bazin-Johnson, #27021-64
Friedman & Associates, P.C.
705 Lincolnway
LaPorte, IN 46350
(219) 326-1264
(219) 326-6228 facsimile
Attorneys for Plaintiff

_____
Gregory F. Zoeller, #1958-98
Aaron Raff, #23715-49
Office of the Attorney General
I.G.C.S. – 5th Floor
302 W. Indianapolis, IN 46204
Indianapolis, IN 46204
(317) 232-4848
(317) 232-7979 facsimile
Attorneys for Defendant IDOT